UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| **CASE NO.:** CV 07-08222 SJO (PJWx)<br>CV 07-07537 SJO (PJWx) | **DATE:** December 17, 2008 |

**TITLE:** Finmeccanica S.p.A. et al. v. General Motors Coporation
General Motors Corporation v. University of Rome "La Sapienza," et al.
========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz<br>Courtroom Clerk | Not Present<br>Court Reporter |

| **COUNSEL PRESENT FOR PLAINTIFFS:** | **COUNSEL PRESENT FOR DEFENDANTS:** |
|---|---|
| Not Present | Not Present |

========================================================================
**PROCEEDINGS (in chambers):**
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE UNSEALED

The Court hereby ORDERS the parties to show cause why the case should not be unsealed. Local Rule 79-5.1 requires parties to submit written applications for each document sought to be filed under seal. In each of these applications, the parties cite trade secrets and the Court's June 12, 2008 stipulated protective order. However, the asserted trade secrets have already been published on-line in patent applications. The large number of under seal fillings in this case is creating an undue burden on the Court, and the Court intends to unseal all under seal documents in this case, unless it is compelled not to. The parties shall file their responses on or before **Friday, December 19, 2008.**

IT IS SO ORDERED.